IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>vs.<br><br>TAVISTOCK RESTAURANTS GROUP, LLC,<br><br>*Defendant.* | Case No. 6:20-cv-01295-PGB-EJK |

**TAVISTOCK RESTAURANTS GROUP, LLC'S
RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant/Counter-Plaintiff Tavistock Restaurants Group ("Tavistock") submits this Opposition to the Motion for Judgment on the Pleadings filed by Plaintiff/Counter-Defendant Zurich American Insurance Company ("Zurich"), and in support thereof, states as follows:

1. On November 3, 2021, Zurich filed its Motion for Judgment on the Pleadings. (Dkt. 113)

2. Two days earlier on November 1, 2021, this Court granted without prejudice Zurich's Motion to Dismiss, (Dkt. 85) which incorporated identical arguments evaluating the same coverage issues implicated in this case (the "November 1st Ruling"). (Dkt. 112)[1]

3. At this time, and in accordance with the Court's November 1st Ruling, Tavistock adopts and incorporates the arguments made in its Memorandum in Opposition to Zurich's Motion

---

[1] In pertinent part, the November 1st Ruling provides that Tavistock "may file an Amended Counterclaim consistent with the directives of this Order, if it believes it can do so in accordance with Rule 11." *Id.*, p. 10. The November 1 Ruling further provides that "on or before Monday, November 15, 2021, [Tavistock] may request the Court to enter judgment dismissing the Counterclaim with prejudice based on the rulings in this Order to perfect the issue for appeal." *Id.*

to Dismiss (Dkt. 88) as and for this response in opposition to Zurich's Motion for Judgment on the Pleadings.

4.  For the reasons stated in Tavistock's Memorandum in Opposition to Zurich's Motion to Dismiss (Dkt. 88), Zurich's Motion for Judgment on the Pleadings should be denied.

Dated: November 8, 2021

Respectfully submitted,

/s/ *David A. Neiman*
Antonio M. Romanucci (*Pro Hac Vice*)
David A. Neiman (*Pro Hac Vice*)
Gina A. DeBoni (*Pro Hac Vice*)
**ROMANUCCI AND BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Fax: (312) 458-1004
Email: aromanucci@rblaw.net
dneiman@rblaw.net
gdeboni@rblaw.net

Nicholas A. DiCello (*Pro Hac Vice*)
**SPANGENBERG, SHIBLEY & LIBER, LLP**
1001 Lakeside Ave., Suite 1700
Cleveland, Ohio 44114
Email: ndicello@spanglaw.com

Robert P. Rutter (*Pro Hac Vice*)
Robert A. Rutter (*Pro Hac Vice*)
**RUTTER & RUSSIN, LLC**
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, Illinois 44131
(216) 642-1425
Email: brutter@OhioInsuranceLawyer.com
bobbyrutter@ohioinsurancelawyer.com

John F. Romano
Fla. Bar. No. 175700
**ROMANO LAW GROUP**
1601 Belvedere Rd., Suite 500-South
West Palm Beach, Florida 33406-1551
Phone: 561-533-6700
Fax: 561-533-1285
Email: john@romanolawgroup.com

*Counsel for Defendant Tavistock Restaurants Group, LLC*