# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 16, 2022

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 21-14215-AA
Case Style: Zurich American Insurance Company v. Tavistock Restaurants Group, LLC
District Court Docket No: 6:20-cv-01295-PGB-EJK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-14215

_____

ZURICH AMERICAN INSURANCE COMPANY,

                                                            Plaintiff-Counter Defendant-
                                                                    Appellee,

*versus*

TAVISTOCK RESTAURANTS GROUP, LLC,

                                                  Defendant-Counter Claimant-
                                                                     Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:20-cv-01295-PGB-EJK

_____

ISSUED AS MANDATE: 12/16/2022

2                                                                                     21-14215

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 17, 2022

For the Court: DAVID J. SMITH, Clerk of Court